**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2682**

─────────────

REEDIE J. WARD,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Parkersburg.  Joseph Robert Goodwin,
District Judge.  (CA-98-886-6, CA-97-342-6)

─────────────

Submitted:  February 10, 2000      Decided:  February 15, 2000

─────────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Reedie J. Ward, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reedie Ward appeals to this Court the denial of his petition for certiorari by the Supreme Court of the United States. Because such denials are not appealable to this Court, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and oral argument would not aid the decisional process.

DISMISSED